Name/Address of Attorney or Pro Per
SALVADOR ESTRADA MONTERO
439½ WITMER ST
L.A CA 90017

Telephone _____

☐ FPD ☐ Apptd ☐ CJA ☒ Pro Per

FILED
2025 MAY -5 PM 3: 19
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SALVADOR ESTRADA MONTERO
PLAINTIFF(S),
V.
DONALD TRUMP ET AL AND DOES AGENCY'S OFICES, DEPARMENT MPIOXEE, ORG. CORP. A.B.A. D.A.D.P. L.A.P.D. L.A.S.J.D. I.C.E ALL EMPORCE AGENCY IN THE NATION AND OUTSIDE EMPLOYEE AND SUMMONS
DEFENDANT(S).

CASE NUMBER: 2:25-cv-01422-DOC (JDE)

Motion and Affidavit for Leave to Appeal In Forma Pauperis:
☐ 28 U.S.C. 753(f)
☒ 28 U.S.C. 1915

The undersigned Salvador E Montero, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

   a. WRIT ERRONEOUSNESS REVIEWLESSNESS PROCEEDING REVERSALS - STRITO SENSU - A. and A. for children's E.T.C GLOBA
   b. WRIT ARTICLE FUNDAMENTALLY ULTEMATELLY THEORY FOR MODERNISTS RURAL-URBAN-CULTURAL ACTION ARTICLE 1 ARTICLE I 1111- GLOBI
   c. WRIT EXECUTION UNDER EXECUTION ("TERMED SINTHETIC RULE")("TERMED SINTHETIC LAW)(IN THE INTEREST OF JUSTICE (
   WRIT DOUBLE JEOPARDY LIFE IN THE LIMB "ALIAS WRIT" / ALIAS ("ARTICLE 2 SECTION 4") "COMMON LAW IT'S
   (" VIOLENT-CRIMINAL-FRAUDULENT (IN REM) (JUS GENTIUM) (" QUASI-IN-REM") (" JUS IN REM")
   (" JUS IN BELLO T") (T" JUS WAR THEORY I") (IMPEACHMENT TRIAL) ARTICLES 93 OR 94 USE (T.

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☒ Yes ☐ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.
   I'AM RECEIVE FOR SSI 1206 DOLLARS PER MONTHS

A-18 (04/10)   MOTION AND AFFIDAVIT FOR LEAVE APPEAL IN FORMA PAUPERIS   Page 1 of 2

c. Are you presently employed in prison? ☐ Yes ☒ No.
   If yes, state the number of hours you work per week and the hourly rate of pay.

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☐ No.
   If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. __NO__

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? __NO__

f. In what year did you last file an income tax return? __2000 MY LAST YEAR__

g. Approximately how much income did your last tax return reflect? __I DON'T REMEMBER__

h. List the persons who are dependent upon you for support and state your relationship to those persons. __0__

i. State monthly expenses, itemizing the major items. __960 DOLLARS — WITH UTILITYS__

I declare under penalty of perjury that the foregoing is true and correct.

_Salvador E Montero_
Signature of Party

_____          _Salvador E Montero_
Date                          Signature of Attorney
                              *(Disregard if filed in propria persona)*

A-18 (04/10)   MOTION AND AFFIDAVIT FOR LEAVE APPEAL IN FORMA PAUPERIS   Page 2 of 2

United States Treasury

Check No. 4032 56112601

05 01 25 28040004   KANSAS CITY, MO   4032 56112601
000899355258   4032 56112601 W   00000250419MDM

Pay to the order of
SALVADOR ESTRADA MONTE
755 E 78TH ST
LOS ANGELES CA 90001 2820

$****1206*94

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER
Vona S. Robinson

SSI FOR MAY
STATE PAYMENT INCLUDED

⑈40326⑈ ⑆000000518⑆ 56112601⑈ 110525